**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cornelius Ayodole WILLIAMS,**
**Defendant–Appellant.**

**No. 06–50290.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Damian J. Martinez, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Sung Bae Park, Esq., Van Nuys, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Cornelius Ayodole Williams appeals from the 36–month sentence imposed following a remand for re-sentencing under the correct version of the United States Sentencing Guidelines.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Williams's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to with-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

draw as counsel of record. Appellant has filed a pro se supplemental brief, appellee has filed an answering brief, and appellant has filed a reply brief.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, we **GRANT** counsel's motions to withdraw and to be relieved as counsel, **DENY** all other pending motions, and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.